IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HMM CO. LTD., | |
| Plaintiff, | **8:24CV360** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 24). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without costs.

Dated this 14th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge